**Rapaport Law Firm, PLLC**
**One Penn Plaza, Suite 2430**
**New York, NY 10119**
212.382.1600
www.RapaportLaw.com

**INVOICE/STATEMENT OF SERVICES**

October 31, 2018

Invoice Number: 4552
Matter Name: Mercedes v. Coutinho FLSA

Period: 2/1/2018 through 10/31/2018

**ATTORNEY SERVICES**

Professional Services by Marc A. Rapaport

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Ana Marina Alcantara | | | |
| 2/13/2018 | Ana Marina Alcantara | Pleadings<br>L210<br>Filing of complaint and request for issuance of summons for each of the defendants; | 1.50<br>95.00/hr | 142.50 |
| 2/23/2018 | Ana Marina Alcantara | Activities<br>A100<br>Prepare/provide waiver of summons forms for defendants to execute; discussions with MR and MM re same; comm's with defendants' counsel | 1.00<br>95.00/hr | 95.00 |
| 2/26/2018 | Ana Marina Alcantara | Activities<br>A100<br>email to defendants' counsel, Mr. Persanis, attaching waiver of service, summons, complaint and individual practices for each of the defendants | 0.60<br>95.00/hr | 57.00 |

|  |  |  | Hrs/Rate | Page 2<br>Amount |
|---|---|---|---|---|
| 6/26/2018 | Ana Marina Alcantara | Communicate (with client)<br>A106<br>Telephone call from Mr. Mercedes | 0.20<br>95.00/hr | 19.00 |
|  | SUBTOTAL: |  | [ 3.30 | 313.50] |
|  | Karina Gulfo |  |  |  |
| 10/8/2018 | Karina Gulfo | Communicate (with client)<br>A106<br>Met with client in office. Translated for M.M. and ███████ ███████. | 0.50<br>95.00/hr | 47.50 |
|  | SUBTOTAL: |  | [ 0.50 | 47.50] |
|  | Marc Rapaport |  |  |  |
| 2/10/2018 | Marc Rapaport | Activities<br>A100<br>Initial conference with client; obtain background information; retainer executed | 2.00<br>400.00/hr | 800.00 |
| 2/12/2018 | Marc Rapaport | Pleadings<br>L210<br>Prepare initial draft of complaint | 2.00<br>400.00/hr | 800.00 |
| 2/14/2018 | Marc Rapaport | Fact Gathering<br>C100<br>Review ACRIS re: entities holding title to buildings where client was employed | 0.50<br>400.00/hr | 200.00 |
| 2/28/2018 | Marc Rapaport | Analysis and Advice<br>C300<br>Review Notice of Pretrial Conference; consider dates for scheduling deadlines | 0.50<br>400.00/hr | 200.00 |
| 3/1/2018 | Marc Rapaport | Activities<br>A100<br>Arrange for service | 0.20<br>400.00/hr | 80.00 |

|  |  |  | Hrs/Rate | Page 3<br>Amount |
|---|---|---|---|---|
| 3/23/2018 | Marc Rapaport | Pleadings<br>L210<br>Receive/review defs' answer | 0.30<br>400.00/hr | 120.00 |
| 5/10/2018 | Marc Rapaport | Appear for/attend<br>A109<br>Review Individual Practices/prepare for conference | 0.50<br>400.00/hr | 200.00 |
| 5/11/2018 | Marc Rapaport | Appear for/attend<br>A109<br>Appear/attend pretrial conference at SDNY | 1.50<br>400.00/hr | 600.00 |
| 6/26/2018 | Marc Rapaport | Discovery<br>L300<br>Draft discovery demands and arrange for service of same | 1.60<br>400.00/hr | 640.00 |
| 8/28/2018 | Marc Rapaport | Activities<br>A100<br>Meeting with Mr. Mercedes re: settlement/damages related issues (MC as interpeter); ▮▮▮ | 1.00<br>400.00/hr | 400.00 |
| 8/29/2018 | Marc Rapaport | Settlement/Non-Binding ADR<br>L160<br>Comm's with co-counsel Meredith Miller re: ▮▮▮; multiple telephone calls with Mr. Mercedes; review damages calculations in connection with same; consider settlerment issues | 1.20<br>400.00/hr | 480.00 |
| 9/11/2018 | Marc Rapaport | Communicate (other external<br>A108<br>Email with defendants' counsel re: defendants' time records | 0.30<br>400.00/hr | 120.00 |
| 10/8/2018 | Marc Rapaport | Activities<br>A100<br>Meeting in office with Mr. Mercedes re: explanation and execution of settlement agreement; KG as interpeter | 1.60<br>400.00/hr | 640.00 |

Case 1:18-cv-01268-KPF   Document 43-3   Filed 11/01/18   Page 3 of 6

|  |  |  | Hrs/Rate | Page 4<br>Amount |
|---|---|---|---|---|
| 10/31/2018 | Marc Rapaport | Other Writen Motions and Su<br>L250<br>Further review history bill and redactions of privileged info | 1.00<br>400.00/hr | 400.00 |
|  | Marc Rapaport | Activities<br>A100<br>Attention to Cheeks application; legal research re same re: recent SDNY Cheeks decisions | 2.00<br>400.00/hr | 800.00 |
|  | SUBTOTAL: |  | [    16.20 | 6,480.00] |
|  | Marcela Cabezas |  |  |  |
| 2/10/2018 | Marcela Cabezas | Activities<br>A100<br>Assist MR at client meeting; interpret Spanish/English | 2.00<br>115.00/hr | 230.00 |
| 2/23/2018 | Marcela Cabezas | Communicate (with client)<br>A106<br>Telephone call with Mr. Mercedes; discussion with MR | 0.50<br>115.00/hr | 57.50 |
| 8/28/2018 | Marcela Cabezas | Activities<br>A100<br>Meeting with Mr. Mercedes in office with MR; review further background documents pertaining to work schedule and pay | 1.50<br>115.00/hr | 172.50 |
| 8/30/2018 | Marcela Cabezas | Communicate (with client)<br>A106<br>Assist MR with client comm's (interpret) | 0.60<br>115.00/hr | 69.00 |
| 10/17/2018 | Marcela Cabezas | Communicate (with client)<br>A106<br>Telephone call with Mr. Mercedes | 0.20<br>115.00/hr | 23.00 |
|  | SUBTOTAL: |  | [     4.80 | 552.00] |

|  |  |  | Hours | Page 5<br>Amount |
|---|---|---|---:|---:|
| Total Amount Due for this Period |  |  | 24.80 | $7,393.00 |

Additional Charges :

Ana Marina Alcantara

|  | 2/13/2018 | Filing Fee, SDNY<br>Court Fees<br>E112 | 400.00 |
|---|---|---|---:|
|  | 2/23/2018 | In-house copies @ 0.25 per page<br>Copying<br>E101 | 5.25 |
|  | 10/31/2018 | In-house copies at 0.25 per page<br>Copying<br>E101 | 22.75 |
| SUBTOTAL: |  |  | [    428.00] |

Marc Rapaport

|  | 3/2/2018 | In house copies at 0.25 per page<br>Copying<br>E101 | 80.50 |
|---|---|---|---:|
|  | 5/11/2018 | Local travel to courthouse via Uber<br>Local travel<br>E109 | 12.80 |
|  | 6/26/2018 | In -house copies at 0.25 per page<br>Copying<br>E101 | 7.75 |
|  | 8/28/2018 | In-house copies at 0.25 per page<br>Copying<br>E101 | 9.50 |
|  | 9/20/2018 | Lexis-Nexis Courtlink research charge (download documents in docket)<br>Expenses<br>E100 | 4.60 |

|  | Page 6 |
|---|---:|
|  | Amount |
| SUBTOTAL: | [    115.15] |
| Total additional charges | $543.15 |
| Total amount of this bill | $7,936.15 |