

| | From | Miller Law, PLLC |
| --- | --- | --- |
| | | 167 Madison Avenue, Suite 503 |
| | | New York, NY 10016 |
| | | |
| | | Tel: 347-878-2587 |
| | | Fax: 866-495-6719 |

| | | | |
| --- | --- | --- | --- |
| Invoice ID | **1730** | Invoice For | **David Mercedes** |
| Issue Date | 11/01/2018 | | Mercedes v. Coutinho, et al. |
| Due Date | 11/01/2018 (upon receipt) | | |
| Subject | Mercedes v. Coutinho, et al. | | |

| Item Type | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- |
| Fee for Services | 04/30/2018 - Meredith R. Miller: Reviewed Judge's initial conference order and rules; email to defense counsel re same. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 05/02/2018 - Meredith R. Miller: Reviewed judge's rules and prepared joint letter and case management order; email to defense counsel re same. | 0.80 | $400.00 | **$320.00** |
| Fee for Services | 05/03/2018 - Meredith R. Miller: Emails with defendants' counsel; finalized CMP and joint letter for submission. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 05/24/2018 - Meredith R. Miller: Drafted Rule 26 Initial Disclosure Statement. | 0.70 | $400.00 | **$280.00** |
| Fee for Services | 06/28/2018 - Meredith R. Miller: Reviewed complaint and file; performed rough damages calculation. | 0.60 | $400.00 | **$240.00** |
| Fee for Services | 07/12/2018 - Meredith R. Miller: Email to defense counsel re discovery; tc w/ MR re same. | 0.10 | $400.00 | **$40.00** |
| Fee for Services | 08/29/2018 - Meredith R. Miller: Reviewed records provided by Defendants; email to defense counsel re discovery and settlement | 1.00 | $400.00 | **$400.00** |
| Fee for Services | 09/05/2018 - Meredith R. Miller: Emails w/ Defendants' counsel re discovery extension; drafted letter to the court re same. | 0.60 | $400.00 | **$240.00** |
| Fee for Services | 09/06/2018 - Meredith R. Miller: Email to Defendants' counsel re settlement; finalized and filed letter requesting discovery extension. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 09/11/2018 - Meredith R. Miller: Reviewed records provided by Defendants; emails with defense counsel re settlement; t/c w/ Defendants' counsel re settlement. | 0.40 | $400.00 | **$160.00** |

| | | | | |
|---|---|---|---|---|
| Fee for Services | 09/13/2018 - Meredith R. Miller: Reviewed Failla cases re Cheeks approval; drafted settlement agreement. | 1.20 | $400.00 | **$480.00** |
| Fee for Services | 09/26/2018 - Meredith R. Miller: Email and t/c Defendants' counsel re status of settlement agreement. | 0.10 | $400.00 | **$40.00** |
| Fee for Services | 10/05/2018 - Meredith R. Miller: Prepared and filed letter to court re settlement in principle; emails w/ Defendants' counsel re same. | 0.50 | $400.00 | **$200.00** |
| Fee for Services | 10/08/2018 - Meredith R. Miller: Meeting w/ client re settlement agreement. | 0.30 | $400.00 | **$120.00** |
| Fee for Services | 10/10/2018 - Meredith R. Miller: Email to Defendants' counsel re executed agreement. | 0.10 | $400.00 | **$40.00** |
| Fee for Services | 10/24/2018 - Meredith R. Miller: Drafted letter seeking Cheeks approval; reviewed and revised same; transmittal of same to Defendants' counsel. | 2.00 | $400.00 | **$800.00** |
| Fee for Services | 11/01/2018 - Meredith R. Miller: Finalized and filed request for Cheeks approval. | 1.60 | $400.00 | **$640.00** |

**Amount Due**     **$4,600.00**